```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10926
   NICHOLAS SEREVINO JR
   TONI A SEREVINO                           CHAPTER 13

                                             JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9575    SSN XXX-XX-2664


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/19/07 and confirmed on 09/05/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $   4201.50 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE     CURRENT MORTG        .00          .00           .00
WELLS FARGO HOME MTGE     MORTGAGE ARRE        .00          .00           .00
CHASE HOME EQUITY         SECURED              .00          .00           .00
CHASE HOME EQUITY         MORTGAGE ARRE    7320.06          .00         440.09
CARMAX AUTO FINANCE       SECURED VEHIC        .00          .00           .00
ACTION CARD               UNSECURED      NOT FILED          .00           .00
ALLIANCE ONE INC          UNSECURED      NOT FILED          .00           .00
ARTISTIC SOLUTIONS        UNSECURED      NOT FILED          .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         3785.54         .00           .00
AT & T                    UNSECURED      NOT FILED          .00           .00
BUREAU OF COLLECTION REC  UNSECURED      NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED         710.00          .00           .00
SMC                       UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          395.68         .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         2828.34         .00           .00
FINGERHUT CREDIT ADVANTA  UNSECURED      NOT FILED          .00           .00
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
ECAST SETTLEMENT CORPORA  UNSECURED         2962.45         .00           .00
GOODWIN & BRYAN           UNSECURED      NOT FILED          .00           .00
NEWPORT NEWS FCNB         UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          789.05         .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          665.02         .00           .00
SEVENTH AVENUE            UNSECURED      NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED      NOT FILED          .00           .00
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED       712.67           .00          .00
WACHOVIA BANK CARD SRV    UNSECURED     NOT FILED          .00          .00
MACNEAL HOSPITAL          UNSECURED     NOT FILED          .00          .00
SCHOTTLER & ZUKOSKY       REIMBURSEMENT     44.40          .00        44.40
PORTFOLIO RECOVERY ASSOC  UNSECURED       374.36           .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED       566.70           .00          .00
FREEDOM CARD GOLD MASTER  UNSECURED       523.41           .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED       397.28           .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED       556.99           .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED       448.40           .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       843.28           .00          .00
       Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7320.06         44.40    16559.17         .00     23923.63
PRINCIPAL PAID       440.09         44.40        .00          .00       484.49
INTEREST PAID           .00           .00        .00          .00          .00
TOTAL PAID           440.09         44.40        .00          .00       484.49
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY           , was allowed $   3500.00
and was paid $   3500.00 .

The Trustee received $    217.01 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/13/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
       CASE NO. 07 B 10926 NICHOLAS SEREVINO JR & TONI A SEREVINO